UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>RONALD J. HENTGES and JUDY N. HENTGES (a/k/a Judy Norine Alby Hentges), husband and wife,<br><br>　　　　　Defendants. | NO. CV-13-00221-LRS<br><br>ORDER OF DISMISSAL |

　　Upon the Unopposed Motion for Order of Dismissal,

　　IT IS ORDERED that this matter be dismissed with prejudice and without costs. The Clerk of the Court shall forward copies of this order to counsel for Plaintiffs and to Defendant.

　　DATED this 12th day of January, 2015.

　　　　　　　　　　　　　　　　*s/Lonny R. Suko*
　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　Lonny R. Suko
　　　　　　　　　　　　　　SENIOR U. S. DISTRICT COURT JUDGE

Order of Dismissal - 1